```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    UNSEALING ORDER
                                 :
TYMEEKE JOHNSON,                 :    24 Mag. 1347
                                 :
        Defendant.               :
                                 :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jennifer N. Ong;

It is found that the Indictment in the above-captioned action, 24 Mag. 1347, is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       April 26, 2024

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE